443 A.2d 372

Commonwealth v. Gudat, Appellant.

Argued June 24, 1981. Victor Dell 'Alba, for appellant; Floyd P. Jones, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.

The judgment of sentence is affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.